No. 723.   CITY OF LOS ANGELES ET AL. *v.* NATURAL SODA PRODUCTS CO.   April 24, 1944.   321 U. S. 792.

No. 782.   CULLOTTA *v.* RAGEN, WARDEN.   April 24, 1944.   321 U. S. 794.

No. 388.   CITY OF CORAL GABLES *v.* WRIGHT ET AL. April 24, 1944.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   321 U. S. 753.

No. 453.   UNITED STATES ET AL. *v.* WABASH RAILROAD CO. ET AL.   See *ante,* p. 198.

No. —.   EX PARTE MARY B. BETZ.   May 8, 1944.   See 321 U. S. 756.

No. 75.   UNITED STATES *v.* BLAIR, INDIVIDUALLY AND TO THE USE OF ROANOKE MARBLE & GRANITE CO., INC.   May 8, 1944.   321 U. S. 730.

No. 561.   MITCHELL *v.* UNITED STATES.   May 8, 1944. 321 U. S. 794.

No. 694.   BOZEL *v.* UNITED STATES.   May 8, 1944.   321 U. S. 800.

No. 724.   WALKER *v.* SQUIER, WARDEN.   May 8, 1944. 321 U. S. 792.

No. 774.   BARG *v.* ILLINOIS.   May 8, 1944.   321 U. S. 798.

No. 794.   RATNER *v.* CALIFORNIA.   May 8, 1944.   321 U. S. 755.